No. 374. Chan Kam, Appellant, *v.* Luther C. Steward and H. Edsell. Appeal from the Circuit Court of

the United States for the Northern District of California. Motion to affirm submitted November 18, 1912. Decided December 2, 1912. *Per Curiam :* Judgment affirmed on the authority of *Low Wah Suey* v. *Backus,* 225 U. S. 460, and cause remanded to the District Court of the United States for the Northern District of California. *Mr. Carroll Cook* and *Mr. Corry M. Stadden* for the appellant. *The Attorney General, The Solicitor General,* and *Mr. Assistant Attorney General Harr* for the appellees.

No. 375. YUK PING, ALIAS LEE SO MUI, APPELLANT, *v.* LUTHER C. STEWARD and H. EDSELL. Appeal from the Circuit Court of the United States for the Northern District of California. Motion to affirm submitted November 18, 1912. Decided December 2, 1912. *Per Curiam:* Judgment affirmed on the authority of *Low Wah Suey* v. *Backus,* 225 U. S. 460, and cause remanded to the District Court of the United States for the Northern District of California. *Mr. Carroll Cook* and *Mr. Corry M. Stadden* for the appellant. *The Attorney General, The Solicitor General,* and *Mr. Assistant Attorney General Harr* for the appellees.